

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

# FILED

APR 1 0 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

*T.A.I.T. et. al.*

**FRANK R. MONTERO**

Plaintiff,

-vs.-

*FRANK R. MONTERO*

~~Tulsa Airport[s] Improvement~~ Trust
~~City of Tulsa, Tulsa, Ok.,~~ et al.,

Defendants.

**23 CV - 14 3 GKF - JFJ**

Case No. ~~4:23-cv-00118-CVE-SH~~

Judge: Honorable Claire V Egan

---

### *NOTICE OF REMOVAL*

---

COMES NOW, the Plaintiff, "Montero" to prayerfully plead upon this court, for

all of the following:  The immediate removal of Case No. SC-2023-162, filed by the Defendant

IN AND FOR THE TULSA COUNTY DISTRICT COURT, (SMALL CLAIMS DIVISION)

The Plaintiff, "T.A.I.T." filed an unlawful cause of action in Case No. SC-2023-162.

The Tulsa Airports Improvement Trust is a *[UNITED STATES FEDERALLY FUNDED*

*SPONSORED AIRPORT, by the Federal Aviation Administration grant assurance program 22]*

*"All Federally regulated assurances are required to be submitted as part of the project application*

*by sponsors requesting funds under the provisions of TITLE 49, U.S.C., subtitle VII, as amended"*

*T.A.I.T., at present is in direct violation of Federal Requirement[s] to comply with Federal laws;*

*\*Civil Rights Act of 1964- Title VI – 42 – U.S.C. 2000d through d-4.  Federal Jurisdiction is*

*both warranted and proper in the United States District Court OKND (Tulsa, Ok.), accordingly.*

## CIVIL ACTION BROUGHT IN STATE COURT
## MAY BE MOVED BY A DEFENDANT INTO THE
## *UNITED STATES DISTRICT COURT*

*\*The venue of removed actions by a Defendant is governed by: 28 U.S.C. § 1441(a).*

*1 Section 1441 (a) of Title 28 governs where a case may be removed from state to federal court. "[A]ny civil action brought in a State court of which the district courts have original jurisdiction, may be removed by a defendant...to the district court of the United States for the district and division embracing the place where such action is pending."*

*Thus, in "Montero's" Case No. 4:23-cv-00118-CVE-SH, the named Defendant, "Montero" in State Court Case No. SC-2023-162 (T.A.I.T. –vs.- Frank R. Montero) has every right to remove Oklahoma State Court Case No. SC-2023-162 [filed in the Tulsa County, State of Oklahoma] to remove said Case into the United States District Court, NDOK.*

*Although one does not normally think of the removal statute as a venue statute, it has been interpreted as such.  See Allied Van Lines, Inc v. Aaron Transfer and Storage, Inc., 200 F.Supp.2d 941, 945 (N.D. Ill. 2002) (citing Polizzi v. Cowles Magazines, Inc., 345 U.S. 663, 665 (1953) ("But even on the question of venue, § 1391 has no application to this case because it is a removed action.  The venue of removed actions is governed by:*

### *28 U.S.C. § 1441(a)").*

**Conclusion Plaintiffs are further bound by the obligations in which they have entered into covenant agreement under "Federal Aviation Administration Grant Assurance Program". Defendant's Motion / And Notice of Removal from State court to the United States District Court, OKND, must be granted, accordingly, with emphasis added.**

Case No. 4:23-cv-00118-CVE-SH is presently pending appeal, a Notice of Appeal has been forwarded.

### *FEDERAL REGULATIONS*

*The Tulsa Airport[s] Improvement Trust, is seeking to terminate "Montero's Ground Lease" on publicly owned property of the airport owned by the City of Tulsa, Tulsa, Oklahoma In addition, T.A.I.T., is hoping to come into a win-fall possession of all of "Montero's" privately owned property. Evict Montero off of publicly owned property, that is financially funded by the FEDERAL AVIATION ADMINISTRATION, a/k/a/ FAA, [a United States Federally regulated agency] T.A.I.T., IS A DIRECT FEDERAL VIOLATION OF;*

*[49 CFR Part 21- Nondiscrimination in federally-assisted programs of the Department of Transportation- effectuation of __Title VI of the Civil Rights Act of 1964.__]*

"Montero" is suffering Economic Discrimination per the unlawful actions of T.A.I.T. The Tulsa Airport[s] Improvement Trust has legally committed itself to be in strict compliance by making the airport available for public use and without unjust discrimination of any kind. At present T.A.I.T. is unlawfully seeking (Forcible Entry and Detainer) in Case No. SC-2023-162, which are a direct violation of:

UNITED STATES 14TH AMENDMENT TO THE CONSTITUTION, emphasis added;

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

"Montero" pleads with this Court, for an immediate "STAY OF EVICTION" and a "STAY OF FORCIBLE ENTRY AND DETAINER", pending Federal Court Adjudication in Montero's appeal, UNITED STATES DISTRICT COURT CASE NO. 4:23-cv-CVE-SH.

## CERTIFICATE OF MAILING
## NOTIFICATIONS

I, Frank R. Montero the herein undersigned _Frank R. Montero_

named Plaintiff, in Case No. 4:23 – cv- 00118-CVE-SH which was timely filed in the

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

does herby certify that on the ( _10th_ ) day of April, 2023, all of the required following

parties were timely served a true and exact copy of the foregoing instrument, titled as

### Plaintiff's "NOTICE OF REMOVAL"

1. City of Tulsa, Tulsa OK. (Clerk's Attorney) at 175 E. 2nd Street, Tulsa, Ok.   74103

2. D.S.D.&A., LLP LAW FIRM, Two W. 2nd St. Suite 700- Tulsa, Ok. 74103

   Attn: Mr. J "Pat" Menshinger attorney for Tulsa Airports Improvement Trust

3. Administrator of the Tulsa County District Court, "Mike Willie" Tulsa, Ok. 74103

   Tulsa County Courthouse Building in room 637

4. Tulsa Airport[s] Improvement Trust's attorney, Jon E. Brightmire, of D.S.D. & A.

   LLP, at Two W.2nd Street Suite 700, Tulsa Oklahoma 74103

   Doerner, Saunders, Daniel & Anderson LLP –Lawyers, Tulsa Oklahoma 74103

5. Honorable Judge Ms. Tammy Bruce, Small Claims Court, Tulsa, Oklahoma 74103

By: _Frank R. Montero_

Frank R. Montero, Pro-Se Plaintiff

429 Lafayette St. Bristol, Pennsylvania 19007

Mailing address: 10041 So. 91st E. Ave.       (918) 740-9045

Tulsa, Oklahoma 74133       Frankmonte251@gmail.com