IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

TULSA AIRPORTS
IMPROVEMENT TRUST,

    Plaintiff,

v.

FRANK R. MONTERO,

    Defendant.

Case No. 23-CV-143-GKF-JFJ

## JUDGMENT OF REMAND

Pursuant to the court's order filed contemporaneously herewith, it is hereby ordered that this case is remanded to the District Court in and for Tulsa County, Oklahoma.

ENTERED this 12th day of April 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE